```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  STANLEY A. BOONE
    KIRK E. SHERRIFF
 3  Assistant U.S. Attorneys
    4401 Federal Building
 4  2500 Tulare Street
    Fresno, California 93721
 5  Telephone: (559) 497-4000
    Facsimile: (559) 497-4099
 6
    Attorneys for the
 7   United States of America
```

FILED
MAY 0 9 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY  A. JESSEN
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTERS OF: ) | 09-SW-00150 GSA |
| ) | 09-SW-00151 GSA |
| ONE BLACK GATEWAY CPU TOWER, ) | 09-SW-00152 GSA |
| MODEL LX6810-01, S/N ) | 09-SW-00153 GSA |
| PTG590X0018500644F2700 AND ONE ) | |
| BLACK EXTERNAL HARD DRIVE, S/N ) | ORDER TO UNSEAL SEARCH WARRANT |
| WCAU44835517 AND USB CONNECTOR ) | AFFIDAVITS AND WARRANTS |
| LOCATED AT MODESTO FBI OFFICE, ) | |
| 4805 SISK ROAD, SALIDA, ) | |
| CALIFORNIA 95368 ) | |
| ) | |
| IN THE MATTER OF THE SEARCH OF ) | |
| INFORMATION ASSOCIATED WITH ) | |
| MYSPACE FRIEND ID's 82575170 ) | |
| and 216704899 THAT IS STORED AT) | |
| PREMISES CONTROLLED BY MYSPACE ) | |
| ) | |
| IN THE MATTER OF THE SEARCH OF ) | |
| INFORMATION ASSOCIATED WITH ) | |
| WWW.SURROGENESISUSA.COM AND ) | |
| TONYA@SURROGENESISUSA.COM THAT ) | |
| IS STORED AT PREMISES ) | |
| CONTROLLED BY THE DIAMOND LANE ) | |
| ) | |
| IN THE MATTER OF THE SEARCH OF ) | |
| INFORMATION ASSOCIATED WITH., ) | |
| LUV2BMRSC@YAHOO.COM THAT IS ) | |
| STORED AT PREMISES CONTROLLED ) | |
| BY YAHOO! INC. ) | |
| _____) | |

The search warrant affidavit in this case having been sealed by Order of its Court in June 2009, and it appearing that the

1

affidavit and warrant are not required to remain secret based upon the motion submitted by the government,

IT IS HEREBY ORDERED that the search warrant affidavits and warrants be unsealed and made public record.

DATED: May 9, 2012

_____
UNITED STATES MAGISTRATE JUDGE